UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON EMER MD NEW YORK CITY, and DR. JASON EMER, MD,<br><br>                        Plaintiffs,<br><br>-against-<br><br>MASON KELLEY,<br><br>                        Defendant. | Case No. 1:26-cv-05862 (JSR)<br><br>Plaintiff's Motion to Remand and for Attorneys' Fees<br>**ORAL ARGUMENT REQUESTED** |

Plaintiff Jason Emer MD New York City, and Dr. Jason Emer, MD ("Plaintiffs") respectfully moves this Court for an order remanding the above-captioned action to the Superior Court of the State of New York, pursuant to Section 1447(c) of Title 28 of the United States Code on the ground that this case was improperly removed. Specifically, this case is not within the subject matter jurisdiction of this Court, as there is not complete diversity between the parties as is required by Sections 1332 1441(b) of Title 28 of the United States Code, nor does this case involve a claim or right arising under the Constitution, treaties or laws of the United States as is required by Sections 1331 1441(b) of Title 28 of the United States Code.

Pursuant to 28 U.S.C. Section 1447(c), Plaintiffs also respectfully requests that the Court order defendants and/or their counsel to reimburse Plaintiffs for its costs and expenses, including attorneys' fees, incurred by reason of the removal proceedings.

Especially, since the undersigned counsel warned defendants counsel that the remand was improper, provided defendants counsel with 2 forms of proof of Plaintiffs California citizenship, and asked the defendants to remand the case back to New York State court prior to this writer making an appearance in the case.  In the face of all of the evidence and the good faith request by the undersigned counsel, Defendants counsel persisted with this baseless endeavor.

In support of this motion, Plaintiffs submits the accompanying Memorandum of Law and Declaration of Dr. Jason Emer.

Dated: Brooklyn, New York.
      July 21, 2026

Respectfully submitted,

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
Tel: (347) 342-7432

Email: tblackburn@tablackburnlaw.com
Attorney for Plaintiffs