UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON EMER MD NEW YORK CITY, and DR. JASON EMER, MD,<br><br>                             Plaintiffs,<br><br>-against-<br><br>MASON KELLEY,<br><br>                             Defendant. | Case No. 1:26-cv-05862 (JSR)<br><br>Declaration of<br>Tyrone A. Blackburn, Esq.<br>In Support of<br>Plaintiffs' Motion to Remand |

I, Tyrone A. Blackburn, Esq., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly admitted to practice before this Court and the courts of the State of New York, and I am the principal of T.A. Blackburn Law, PLLC, counsel of record for Plaintiffs in the above-captioned action. I submit this Declaration in support of Plaintiffs' motion to remand this action to the Supreme Court of the State of New York, County of New York, and for an award of costs and attorneys' fees pursuant to 28 U.S.C. § 1447(c). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I make this Declaration to place before the Court certain true and correct copies of documents referenced in the accompanying Memorandum of Law, and to describe the communications between the parties' counsel that preceded the filing of this motion.

3. On or about May 4, 2026, Plaintiffs commenced this action in the Supreme Court of the State of New York, County of New York, captioned *Jason Emer, MD, et al. v. Mason Kelly,* Index No. 155651/2026.

4. On or about July 10, 2026, Defendant removed this action to this Court, asserting diversity jurisdiction under 28 U.S.C. § 1332 on the theory that Plaintiff Jason Emer is a citizen of New York.

5. Promptly after removal, I notified Defendant's counsel, Evan S. Weiss, Esq., that Dr. Emer is, and at all relevant times has been, domiciled in the State of California, and I requested that Defendant voluntarily withdraw the removal and consent to remand.

6. In the course of that correspondence, and before filing this motion, I provided Defendant's counsel with two forms of proof of Dr. Emer's California domicile, and I expressly warned Defendant's counsel that, if Defendant refused to withdraw the improper removal notwithstanding that proof, Plaintiffs would move to remand and would pursue an award

of costs and attorneys' fees and would seek sanctions as appropriate. A true and correct copy of my email to Defendant's counsel setting forth that warning is annexed hereto as **Exhibit A**.

7.  The two forms of proof I provided to Defendant's counsel were (i) a true and correct copy of Dr. Emer's California driver's license, reflecting a Los Angeles, California residential address, and (ii) a Los Angeles Department of Water and Power utility bill for the same Los Angeles address, in Dr. Emer's name, reflecting an active, auto-paid residential account.

8.  A true and correct copy of Dr. Emer's California driver's license is annexed hereto as **Emer Declaration Exhibit A**.

9.  A true and correct copy of the Los Angeles Department of Water and Power utility bill for Dr. Emer's California residence is annexed hereto as **Emer Declaration Exhibit B**.

10. Despite being provided with the foregoing proof of Dr. Emer's California domicile, and despite my good-faith request and warning, Defendant has refused to withdraw the removal and, to date, has not identified any evidence establishing that Dr. Emer is domiciled in New York.

11. Upon information and belief, based on my review of the record, Defendant Mason Kelly has himself taken the position, in a separate action he commenced against Dr. Emer in California state court, that Dr. Emer is domiciled in California—the same position Plaintiffs assert here—such that Plaintiff Emer and Defendant Kelly share California citizenship.

12. I respectfully submit that Defendant lacked an objectively reasonable basis to remove this action and to persist in opposing remand after being provided with proof of Dr. Emer's California domicile, and that an award of Plaintiffs' just costs and actual expenses, including attorneys' fees, is warranted under 28 U.S.C. § 1447(c).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2026,
Brooklyn, New York.

/s/Tyrone A. Blackburn, Esq.
Tyrone A. Blackburn, Esq.
T.A. BLACKBURN LAW, PLLC
Attorney for Plaintiffs