Blackburn Exhibit A-Email to Evan S. Weiss

 Gmail

## Emer v. Kelley - Courtesy Copy Notice of Removal

19 messages

**Evan S. Weiss** <eweiss@martensonlaw.com>                               Fri, Jul 10, 2026 at 5:32 PM
To: "tblackburn@tablackburnlaw.com" <tblackburn@tablackburnlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, "Gabby P. Gleason" <ggleason@martensonlaw.com>, Jacob Spaid
<jacob@acslawsd.com>

Good afternoon:

Attached please find a courtesy copy of notices of removal filed in federal and state court today. Copies are being
served by mail as well.

Thank you,

Evan

**Evan S. Weiss** | Partner

**Martenson, Hasbrouck & Simon LLP**

**\*\*PLEASE NOTE NEW ADDRESS\*\***

One Battery Park Plaza, Suite 1110

New York, New York 10004

O: (332) 345-2475 | C: (516) 849-5386

eweiss@martensonlaw.com | martensonlaw.com



CONFIDENTIALITY NOTE: This e-mail, and any attachment to it, may contain privileged and/or confidential information intended only for the use of the
intended recipient of this e-mail. If the reader of this e-mail is not the intended recipient, you are hereby notified that reading, using, or disseminating this
e-mail, or any attachment to it, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and
then delete the original and any copies of this e-mail, and any attachments to it, from your system. Thank you.

**3 attachments**

    **155651_2026_Jason_Emer_MD_New_York_City_et_al_v_Mason_Kelly_NOTICE_OF_REMOVAL___3.pdf**

 124K

155651_2026_Jason_Emer_MD_New_York_City_et_al_v_Mason_Kelly_EXHIBIT_S__4.pdf
252K

US_DIS_NYSD_1_26cv5862_d16224928e357_NOTICE_OF_REMOVAL_from_Supreme_Court_
County_of_New.pdf
601K

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                Mon, Jul 13, 2026 at 12:43 PM
To: "Evan S. Weiss" <eweiss@martensonlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, "Gabby P. Gleason" <ggleason@martensonlaw.com>, Jacob Spaid
<jacob@acslawsd.com>
Bcc: Ken Sterling <ken@sterlingmedialaw.com>, "Yvette Davis, Esq." <ydavis@kahanafeld.com>, "Mimi Ahn, Esq."
<mahn@kahanafeld.com>

Counsel,

I received the removal papers in the mail this morning.  You and I both know that Mason
Kelly and Dr. Emer are both domiciled in the state of California; therefore, there is no
complete diversity of citizenship.  Mason Kelly is currently suing Dr. Emer in California,
where he himself identified Dr. Emer's domicile as California. If I am required to waste my
time and file a motion for remand, I will seek sanctions for full reimbursement of my time.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____

Please note that using the Internet for communications with the firm will not establish an
attorney-client relationship, and messages containing confidential or time-sensitive
information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the
attachment(s) accompanying it) may contain confidential information belonging to the sender,
which is protected by the attorney-client privilege. The information is only for the use of the
intended recipient. If you are not the intended recipient, you are now notified that any
disclosure, copying, or distribution of any information in this transmission or taking any
action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized
interception of this transmission is illegal under the law. If you have received this
transmission in error, please promptly notify the sender by replying to this e-mail and then
delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and

the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

---

**Evan S. Weiss** <eweiss@martensonlaw.com>                     Mon, Jul 13, 2026 at 5:05 PM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Mr. Blackburn:

Thank you for reaching out. We know that Emer does have a connection with California, but the Complaint suggests extensive ties in New York, so if you can send over anything demonstrating that he is domiciled there and not in New York, we will of course review it, evaluate, and consider our position. However, we will also note that it's not readily apparent how Dr. Emer, individually, is a proper plaintiff in this lawsuit.

Thanks,

Evan

**Evan S. Weiss** | Partner

**Martenson, Hasbrouck & Simon LLP**

**\*\*PLEASE NOTE NEW ADDRESS\*\***

One Battery Park Plaza, Suite 1110

New York, New York 10004

O: (332) 345-2475 | C: (516) 849-5386

eweiss@martensonlaw.com | martensonlaw.com



[Quoted text hidden]
[Quoted text hidden]

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>           Mon, Jul 13, 2026 at 7:35 PM
To: "Evan S. Weiss" <eweiss@martensonlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

See attached a picture of Dr. Emer's drivers license.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com
Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this
electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may
contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use
of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by
law and may subject them to criminal or civil liability. If you received this communication in error, please contact me
immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or
network system.

[Quoted text hidden]

 **Jason Emer Drivers License exp 12.15.2027 FRONT.jpeg**
2020K

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Wed, Jul 15, 2026 at 1:36 PM
To: "Evan S. Weiss" <eweiss@martensonlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Following up.

Please advise if you will withdraw your notice of remands so I do not have to waste my time
and make an appearance and file a motion in the SDNY.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____

Please note that using the Internet for communications with the firm will not establish an
attorney-client relationship, and messages containing confidential or time-sensitive
information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the
attachment(s) accompanying it) may contain confidential information belonging to the sender,
which is protected by the attorney-client privilege. The information is only for the use of the
intended recipient. If you are not the intended recipient, you are now notified that any

disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

---

**Evan S. Weiss** <eweiss@martensonlaw.com>                          Wed, Jul 15, 2026 at 5:08 PM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Hi Tyrone:

Thank you for sending the drivers license. That, alone, will not be dispositive of domicile and citizenship. If you have anything else, we'd be happy to consider it. However, as previously indicated, we also intend to argue that Emer, individually, was not properly joined to this lawsuit. As it currently stands, we intend to file a motion to dismiss the Complaint. Judge Rakoff's rules require us to jointly call chambers to discuss any anticipated motion. Are you available tomorrow (7/16) in the afternoon to discuss this case and jointly call chambers?

Thank you,

Evan

**Evan S. Weiss** | Partner

**Martenson, Hasbrouck & Simon LLP**

**\*\*PLEASE NOTE NEW ADDRESS\*\***

One Battery Park Plaza, Suite 1110

New York, New York 10004

O: (332) 345-2475 | C: (516) 849-5386

eweiss@martensonlaw.com | martensonlaw.com



[Quoted text hidden]
[Quoted text hidden]

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                Wed, Jul 15, 2026 at 5:09 PM
To: "Evan S. Weiss" <eweiss@martensonlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

No I am not. Tomorrow I'll be in south Jersey for a criminal court appearance.  Then I have to go to Delaware. I am free on Monday.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

[Quoted text hidden]

---

**Evan S. Weiss** <eweiss@martensonlaw.com>                Wed, Jul 15, 2026 at 5:43 PM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Thanks Tyrone. Judge Rakoff's rules require parties to meet within 24 hours if feasible. We're OK speaking next week if you'll agree to consenting to an extra week, through next Friday, for us to respond to the Complaint (without waiving any argument you want to make about remand or subject matter jurisdiction).

[Quoted text hidden]
[Quoted text hidden]

---

**Evan S. Weiss** <eweiss@martensonlaw.com>                Thu, Jul 16, 2026 at 3:34 PM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Hi Tyrone:

Following up to see if you will either be able to fit some time in to discuss with us or would consent to a 7 day extension through next Friday.

Thanks,

Evan

**Evan S. Weiss** I Partner

**Martenson, Hasbrouck & Simon LLP**

**\*\*PLEASE NOTE NEW ADDRESS\*\***

One Battery Park Plaza, Suite 1110

New York, New York 10004

O: (332) 345-2475 I C: (516) 849-5386

eweiss@martensonlaw.com I martensonlaw.com



[Quoted text hidden]
[Quoted text hidden]

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Thu, Jul 16, 2026 at 5:10 PM
To: "Evan S. Weiss" <eweiss@martensonlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Counsel,

Please see attached a copy of Dr. Emers' utility bill. As you know, to satisfy the standard for establishing an individual's domicile in the United States District Court for the Southern District of New York (SDNY), a party must satisfy a two-part test requiring: (1) physical presence in the state (or residence in fact), and (2) the intent to remain in that state indefinitely (*animus manendi*). *Chappelle v. Beacon Communs. Corp.*, 863 F. Supp. 179 (1994), *Townsend Rabinowitz Pantaleoni & Valente, P.C. v. Holland Industries, Inc.*, 109 F.R.D. 671 (1986), *Gutierrez v. Fox*, 966 F. Supp. 214 (1997). While an individual may have multiple residences, they may only have one domicile at any given time. *Chappelle v. Beacon Communs. Corp.*, 863 F. Supp. 179 (1994), *Gutierrez v. Fox*, 966 F. Supp. 214 (1997).

Because intent is the crux of the domicile test, SDNY courts look to the "totality of the evidence" and examine the entire course of a person's conduct to draw inferences regarding their true intent. *Gutierrez v. Fox*, 966 F. Supp. 214 (1997), *Brignoli v. Balch, Hardy & Scheinman, Inc.*, 696 F. Supp. 37 (1988), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). No single factor is conclusive. *Gutierrez v. Fox*, 966 F. Supp. 214 (1997), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). Courts weigh the following objective physical and social contacts: Where the person actually resides; *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991).  Whether the party owns a home or pays rent, *Hatfill v. Foster*, 415 F. Supp. 2d 353 (2006), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991).  Where the party's family and personal belongings are located; *Brignoli v. Balch, Hardy & Scheinman, Inc.*, 696 F. Supp. 37 (1988), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991).  Where the party maintains affiliations with religious and social organizations, *Boston Safe Deposit & Trust Co. v. Morse*,

779 F. Supp. 347 (1991).    Where the party transacts business, maintains employment, and handles financial matters; *Hatfill v. Foster*, 415 F. Supp. 2d 353 (2006), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991).    Where the party pays personal state taxes, *Hatfill v. Foster*, 415 F. Supp. 2d 353 (2006), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). and where the party obtains a driver's license. *Hatfill v. Foster*, 415 F. Supp. 2d 353 (2006), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991).

Here, I have provided you with Dr. Emer's state of California driver's license, as well as his utility bill from the Los Angeles Department of Water and Power, which was autopaid on June 23, 2026. You will notice that the address on his driver's license matches the address on his utility bill. This satisfies the standard in the SDNY concerning a party's domicile. For the final time, I will ask you to voluntarily remand this case back to the state court.  If I have to waste my time and Judge Rakoff's time to address this, I will seek sanctions and provide the court with a copy of this email chain.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited

facts presented to this firm.





        Jason Emer ladwp_Redacted.pdf
        1715K

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Thu, Jul 16, 2026 at 5:16 PM
To: Ken Sterling <ken@sterlingmedialaw.com>, "Mimi Ahn, Esq." <mahn@kahanafeld.com>, "Yvette Davis, Esq."
<ydavis@kahanafeld.com>, Benjamin Smith <bsmith@kahanafeld.com>, Jason Emer <jason@jasonemermd.com>

Hello all,

I am sharing this so you are in the loop.  I believe they will remand it back to the state court.  I plan on writing a letter to the Judge today and provide him with a copy of this email.  I want to preempt my sanctions motion if they do not voluntarily remand this case back to the state court.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236

P: 347-342-7432

E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

📄 **Jason Emer ladwp_Redacted.pdf**
1715K

---

**Evan S. Weiss** <eweiss@martensonlaw.com>                    Thu, Jul 16, 2026 at 5:36 PM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Thank you for sending this. We understand your position, but while a utility bill may demonstrate property ownership and potentially residence, it does not alone show domicile as outlined in your email below. It also does not do anything to demonstrate whether his ties to New York (which, according to the Complaint, includes owning and operating a New York specific business in which he was significantly involved) are more extensive and therefore sufficient to establish domicile here, or address our position that Dr. Emer is not a proper party to this lawsuit and therefore appears to be included in the lawsuit solely to defeat diversity jurisdiction.  If you'd like us to consider this further before the court gets involved, please promptly respond to our request to consent for an additional week to respond to the complaint. If not, pursuant to Judge Rakoff's rules, we will send an email to the Court in advance of our anticipated motion to dismiss.

Thanks,

**Evan S. Weiss** | Partner

**Martenson, Hasbrouck & Simon LLP**

**\*\*PLEASE NOTE NEW ADDRESS\*\***

One Battery Park Plaza, Suite 1110

New York, New York 10004

O: (332) 345-2475 | C: (516) 849-5386

eweiss@martensonlaw.com | martensonlaw.com



---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Thursday, July 16, 2026 5:10 PM
**To:** Evan S. Weiss <eweiss@martensonlaw.com>
**Cc:** amir@acslawsd.com; Jacob Spaid <jacob@acslawsd.com>
**Subject:** Re: Emer v. Kelley - Courtesy Copy Notice of Removal

Counsel,

Please see attached a copy of Dr. Emers' utility bill. As you know, to satisfy the standard for establishing an individual's domicile in the United States District Court for the Southern District of New York (SDNY), a party must satisfy a two-part test requiring: (1) physical presence in the state (or residence in fact), and (2) the intent to remain in that state indefinitely (*animus manendi*). *Chappelle v. Beacon Communs. Corp.*, 863 F. Supp. 179 (1994), *Townsend Rabinowitz Pantaleoni & Valente, P.C. v. Holland Industries, Inc.*, 109 F.R.D. 671 (1986), *Gutierrez v. Fox*, 966 F. Supp. 214 (1997). While an individual may have multiple residences, they may only have one domicile at any given time. *Chappelle v. Beacon Communs. Corp.*, 863 F. Supp. 179 (1994), *Gutierrez v. Fox*, 966 F. Supp. 214 (1997).

Because intent is the crux of the domicile test, SDNY courts look to the "totality of the evidence" and examine the entire course of a person's conduct to draw inferences regarding their true intent. *Gutierrez v. Fox*, 966 F. Supp. 214 (1997), *Brignoli v. Balch, Hardy & Scheinman, Inc.*, 696 F. Supp. 37 (1988), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). No single factor is conclusive. *Gutierrez v. Fox*, 966 F. Supp. 214 (1997), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). Courts weigh the following objective physical and social contacts: Where the person actually resides; *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). Whether the party owns a home or pays rent, *Hatfill v. Foster*, 415 F. Supp. 2d 353 (2006), *Boston Safe Deposit & Trust Co. v.*

*Morse*, 779 F. Supp. 347 (1991). Where the party's family and personal belongings are located; *Brignoli v. Balch, Hardy & Scheinman, Inc.*, 696 F. Supp. 37 (1988), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). Where the party maintains affiliations with religious and social organizations, *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). Where the party transacts business, maintains employment, and handles financial matters; *Hatfill v. Foster*, 415 F. Supp. 2d 353 (2006), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). Where the party pays personal state taxes, *Hatfill v. Foster*, 415 F. Supp. 2d 353 (2006), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991). and where the party obtains a driver's license. *Hatfill v. Foster*, 415 F. Supp. 2d 353 (2006), *Boston Safe Deposit & Trust Co. v. Morse*, 779 F. Supp. 347 (1991).

Here, I have provided you with Dr. Emer's state of California driver's license, as well as his utility bill from the Los Angeles Department of Water and Power, which was autopaid on June 23, 2026. You will notice that the address on his driver's license matches the address on his utility bill. This satisfies the standard in the SDNY concerning a party's domicile. For the final time, I will ask you to voluntarily remand this case back to the state court. If I have to waste my time and Judge Rakoff's time to address this, I will seek sanctions and provide the court with a copy of this email chain.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and

the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.



[Quoted text hidden]
[Quoted text hidden]

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Thu, Jul 16, 2026 at 5:52 PM
To: "Evan S. Weiss" <eweiss@martensonlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Let's call chambers tomorrow at 9:30 am.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236

P: 347-342-7432

E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

---

**Evan S. Weiss** <eweiss@martensonlaw.com>                    Thu, Jul 16, 2026 at 6:12 PM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Hi Tyrone:

Is 347-342-7432 the best number to reach you? I will call you at 9:30 and we can then call chambers.

[Quoted text hidden]
[Quoted text hidden]

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Thu, Jul 16, 2026 at 6:16 PM
To: "Evan S. Weiss" <eweiss@martensonlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Yes, it is.
*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor

Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

---

**Evan S. Weiss** <eweiss@martensonlaw.com>                    Fri, Jul 17, 2026 at 9:30 AM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Hi Tyrone:

I will call you in 5 minutes.

[Quoted text hidden]
[Quoted text hidden]

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>              Fri, Jul 17, 2026 at 9:32 AM
To: "Evan S. Weiss" <eweiss@martensonlaw.com>
Cc: "amir@acslawsd.com" <amir@acslawsd.com>, Jacob Spaid <jacob@acslawsd.com>

Sounds good, talk to you then.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com

Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

[Quoted text hidden]

---

**Ken Sterling** <ken@sterlingmedialaw.com>                                    Fri, Jul 17, 2026 at 9:55 AM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "Mimi Ahn, Esq." <mahn@kahanafeld.com>, "Yvette Davis, Esq." <ydavis@kahanafeld.com>, Benjamin Smith <bsmith@kahanafeld.com>, Jason Emer <jason@jasonemermd.com>

Tyrone, thank you.

Appreciate the updates and your efforts.

-Ken

_____
Ken Sterling, Esq.
**Sterling Media Law, A. P. C.**
310.929.6600

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGE; ATTORNEY WORK PRODUCT: Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.

No Attorney-Client Relationship or Legal Advice has been formed if you are not a client of our firm or have sent us information via email, website or submission of a form or other information sharing.   Without an attorney-client relationship in the matter, we cannot assure you that your communications will be privileged or (unless we otherwise agree in a specific case) that we will treat them as such.   Please do not send us any confidential or sensitive information until you speak with one of our attorneys and obtain prior written authorization to send that information to us.

[Quoted text hidden]

---

**Mimi Ahn, Esq.** <mahn@kahanafeld.com>                                    Fri, Jul 17, 2026 at 10:13 AM
To: Ken Sterling <ken@sterlingmedialaw.com>, Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "Yvette Davis, Esq." <ydavis@kahanafeld.com>, Benjamin Smith <bsmith@kahanafeld.com>, Jason Emer <jason@jasonemermd.com>

Yes, thank you.



2603 Main Street | Suite 900
Irvine , CA 92614
www.kahanafeld.com
*E-MAIL CONFIDENTIALITY NOTICE*

**Mimi Ahn, Esq.** (She | Her)
Partner
Dir:  949.652.3159
mahn@kahanafeld.com
*Licensed to Practice in California*
View Bio & Recognition | Download vCard

**From:** Ken Sterling <ken@sterlingmedialaw.com>
**Sent:** Friday, 17 July 2026 06:55:42
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Mimi Ahn, Esq. <mahn@kahanafeld.com>; Yvette Davis, Esq. <ydavis@kahanafeld.com>; Benjamin Smith <bsmith@kahanafeld.com>; Jason Emer <jason@jasonemermd.com>

[Quoted text hidden]

[Quoted text hidden]

[EXTERNAL]