UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON EMER MD NEW YORK CITY, and DR. JASON EMER, MD, <br><br> Plaintiffs, <br><br> -against- <br><br> MASON KELLEY, <br><br> Defendant. | Case No. 1:26-cv-05862 (JSR) <br><br> Declaration of Jason Emer, MD in Support of Plaintiffs' Motion to Remand |

I, Jason Emer, MD, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a plaintiff in the above-captioned action. I am over the age of eighteen and am competent to make this Declaration. I submit this Declaration in support of Plaintiffs' motion to remand this action to the Supreme Court of the State of New York, County of New York. The statements set forth herein are based upon my own personal knowledge, and if called upon to testify, I could and would testify competently to the facts stated below.

2. I am, and at all times relevant to this action have been, a citizen of the State of California. I am domiciled in California, where I reside and where I intend to remain indefinitely.

3. I maintain my permanent residence in Los Angeles, California. I live at the residence located at the address reflected on my California driver's license (see, **Attachment A**), and on my Los Angeles Department of Water and Power utility bill (see **Attachment B**), true and correct copies of which have been provided to Defendant's counsel in connection with this matter.

4. I hold a valid California driver's license, which lists my Los Angeles, California residential address. I do not hold a New York State driver's license.

5. The Los Angeles Department of Water and Power provides electric, water, sewer, and sanitation service to my California residence. The account is in my name, and I pay for that service on an automatic-payment basis from my personal account.

6. California is the center of my personal life. My home, my personal belongings, and my day-to-day life are located in California. I consider California to be my home, and it is the place to which I intend to return whenever I am away.

7. I acknowledge that I own and am affiliated with a business located in the State of New York. My ownership of, and involvement with, that business is a professional and commercial matter only.

8. My business interests in New York do not reflect any intention on my part to make New York my home. I have no intention of residing in New York, and I have never intended to make New York my domicile. When I travel to New York in connection with my business, I do so temporarily and for business purposes only, and I return to my home in California.

9. I do not maintain a permanent residence in New York as my home, I am not registered to vote in New York, and I do not treat New York as the place where I intend to remain. My physical presence in California, together with my intention to remain in California indefinitely, establishes California as my domicile.

10. At no time have I represented that I am a citizen or domiciliary of the State of New York for purposes of this action or otherwise.

11. For the foregoing reasons, I respectfully submit that I am a citizen of the State of California and that I am not a citizen of the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2026,
Los Angeles, California.

JASON EMER, MD