Emer Declaration Exhibit A

