Emer Declaration Exhibit B

 **Los Angeles Department of Water & Power**

ladwp.com

| | |
|---|---|
| **BILL DATE** | Jun 8, 2026 |
| **ACCOUNT NUMBER** | ▮▮▮▮ |
| **AUTO PAYMENT** | Jun 23, 2026 |
| **AMOUNT DUE** | ▮▮▮▮ |

**CUSTOMER SERVICE**
1-800-DIAL-DWP (342-5397)
Monday-Friday: 7 a.m. - 7 p.m.
Saturday: 7 a.m. - 2 p.m.
Sunday and holidays: Closed
Available 24/7 for emergency & outage calls

**Paying Your Bill**

 **AUTOMATIC PAYMENT**
Automatically pay from your checking, savings or credit card by logging in at *www.ladwp.com/billpay*

 **ONLINE**
Pay from your checking, savings or credit card any time by logging in at *www.ladwp.com/myaccount*

 **BY PHONE**
Pay from your checking, savings or credit card any time by calling 1-877-MYPAYDWP (1-877-697-2939)

 **BY MAIL**
Place your payment stub and your check or money order in the envelope provided with the bill.

 **IN PERSON**
Via payment drop box

The 2024 Power Content Label is included in this bill.

 **Available July 1, 2026**

 **2025 Drinking Water Quality Report**

Visit: LADWP.com/WaterQualityReport or scan the QR code
For printed copies call (213) 367-3182

JASON EMER, 2519 CHISLEHURST PL, LOS ANGELES, CA 90027

## Account Summary

| | |
|---|---|
| Previous Account Balance | $ ▮▮ |
| Payment Received 5/4/26    *Thank you* | - |
| Remaining Balance | $ 0.00 |
| New Charges | + ▮▮ |
| **Total Amount Due** | ▮▮▮▮ |

## Summary of New Charges

*Details on following pages.*



**Los Angeles Department of Water and Power Charges**

| | |
|---|---|
| Electric Charges   4/8/26 - 6/6/26   6,067 kWh | ▮▮ |
| Water Charges   4/8/26 - 6/6/26   40 HCF | |
| **Total LADWP Charges** | ▮▮ |

800-342-5397

*LADWP provides billing services for the Bureau of Sanitation. All money collected for the services listed in the City of Los Angeles Bureau of Sanitation Charges section is forwarded to them.*



**City of Los Angeles Bureau of Sanitation Charges**

| | |
|---|---|
| Sewer Charges   4/8/26 - 6/6/26 | ▮▮ |
| Solid Waste Charges   4/10/26 - 6/8/26 | |
| **Total Sanitation Charges** | ▮▮ |

800-773-2489

**Total New Charges** ▮▮

---

 **Los Angeles Department of Water & Power**

P.O. Box 30808  • Los Angeles, CA 90030-0808

ELECTRONIC SERVICE REQUESTED

**JASON EMER**
**2519 CHISLEHURST PL**
**LOS ANGELES CA 90027**

**THIS IS YOUR BILL**

**AUTOMATIC PAYMENT**

**ACCOUNT NUMBER**
▮▮▮▮

| | |
|---|---|
| **AUTO PAYMENT** | **Jun 23, 2026** |
| **AMOUNT** | $ ▮▮ |

Your payment is scheduled to be paid automatically on the date shown above, from the account you designated .

433284026300000000003041621

**LA DWP** Los Angeles Department of Water & Power

ladwp.com

**BILL DATE**
Jun 8, 2026

**ACCOUNT NUMBER**
███

**AUTO PAYMENT**
Jun 23, 2026

**AMOUNT DUE**
███

## Other Important Phone Numbers

**HEARING OR SPEECH-IMPAIRED - TTY**
1-800-HEAR-DWP(432-7397)

**STATE OF CALIFORNIA HOME ENERGY ASSISTANCE PROGRAM**
1-866-675-6623, toll-free

**CITY OF LOS ANGELES UTILITY TAX**
1-800-215-6277

## Correspondence Addresses

*Please do not send correspondence with your payment. It may be delayed or lost.*

**LOS ANGELES DEPT OF WATER & POWER**

PO Box 515407
Los Angeles,CA 90051-6707

## Customer Service and Payment Information

### WHEN TO PAY YOUR BILL

Your bill is due and payable on presentation and shall become delinquent nineteen days after the date of presentation. The payment due on your bill applies to the current charges only and does not extend the due date on any unpaid previous balance. Current City of Los Angeles policy provides for notification ten (10) days prior to discontinuance of service for nonpayment.

### LATE PAYMENT CHARGE

A Late Payment Charge amounting to an 18% annual rate, computed on a daily basis, may be assessed on electric and water balances that are not paid by the due date. The charge is made for each day of the billing period shown on the current bill. Service may be discontinued for nonpayment.

### IF YOU QUESTION YOUR LADWP CHARGES

Please contact an LADWP representative by phone at (800) 342-5397, in person at any of the LADWP Customer Service Centers listed on the back of your payment stub, or online using our Customer Service form at ladwp.com/contactus. After receiving an explanation, you may ask for more information from a supervisor. If you still disagree with the charges on your bill after communicating with Customer Service, you must send a written request for a dispute determination by the bill due date to: LADWP Customer Relations Office, P.O. Box 51111, Los Angeles, CA 90051-0100. In order to preserve your right to a dispute determination before termination of service, all undisputed amounts must be paid by the bill due date.
If you need help paying your bill, information about payment programs is available at ladwp.com/financialassistance or by calling us at (800) 342-5397.

### ELECTRONIC CHECK CONVERSION

Your payment may be processed as a check transaction or a one-time electronic fund transfer, which means funds may be withdrawn the same day as payment, and you will not receive your check back from your bank. For more information on electronic fund transfers and fees for insufficient funds, please see *www.ladwp.com/checkconversion*.

### Bureau of Sanitation—Sewer Service Charge and Winter Water Use Calculation

Your Sewer Service Charge (SSC), shown later in this bill under the "Sewer Charges" section, was calculated as follows:

SSC = days in billing cycle (59 days) x WWU (0.50712 HCF/day) x Sewer Service Rate ($9.28/HCF) = $277.66

WWU is Winter Water Use. Your WWU is adjusted on July 1st of each year. Your most recent WWU was calculated during the billing period of 2/7/25 - 4/7/25 as follows:

WWU = Amount of water use during this billing period (34 HCF) / days in the period (59 days) x DWCF (0.88) = 0.50712 HCF/day.

DWCF is Dry Winter Compensation Factor. For more information, please visit www.lacitysan.org/rates.

## WHERE TO PAY YOUR BILL

All LADWP Customer Service Centers below are open Mon-Fri, except holidays, from 9:00 am to 5:00 pm. You may make an appointment to visit a service center by calling 1-888-999-0477, or drop your payment in the payment box during normal business hours.

**BISHOP**
Main Office ..............................300 Mandich Street

**METROPOLITAN LOS ANGELES**
Main Office.....................................111 N. Hope St.
Boyle Heights ........................919 S. Soto St., #10
Central...........................................4619 S. Central Ave.
Crenshaw-Baldwin Hills .........4030 Crenshaw Blvd.
Hollywood.................................6547-B Sunset Blvd.
                    (entrance on Schrader Blvd.)
Lincoln Heights.....................................2417 Daly St.
Slauson-Vermont ...................5928 S. Vermont Ave.
Watts .............................................1647 E. 103rd St

**HARBOR AREA**
San Pedro........................................535 W. 9th St.
Wilmington ................................931 N. Avalon Blvd

**SAN FERNANDO VALLEY**
Canoga Park ............................7229 Winnetka Ave.
North Hills ...........................9154 Sepulveda Blvd.
Van Nuys................................. 6550 Van Nuys Blvd.

**WEST LOS ANGELES**
West Los Angeles ............1394 S. Sepulveda Blvd.

PRINTED ON RECYCLED PAPER



**Los Angeles Department of Water & Power**

ladwp.com

| BILL DATE | AUTO PAYMENT |
|---|---|
| Jun 8, 2026 | Jun 23, 2026 |
| ACCOUNT NUMBER | AMOUNT DUE |

---

**www.ladwp.com   1-800-342-5397**

*Hours of operation - 7 am to 7 pm*

**DEFINITIONS** (For residential customers, the tier rates on your bill may include the following adjustments.)

**CRPSEA** – (Capped Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs associated with RPS Operations and Maintenance, RPS debt service, and Energy Efficiency Programs.

**ECA** – (Energy Cost Adjustment) an adjustment that reflects the variations of fuel, energy and other associated costs.

**ESA** – (Electric Subsidy Adjustment) a charge reflecting the costs of subsidies including senior, disabled, EZ-SAVE, traffic control lighting, and enterprise zone.

**IRCA** – (Incremental Reliability Cost Adjustment) a charge reflecting Operations and Maintenance and debt service related to Power Reliability Program cost and legacy RCA under-collection.

**kWh** – (kilo-watt-hour) the units in which electric usage is measured. One kWh equals 1000 watts of electricity used for one hour.

**RCA** – (Reliability Cost Adjustment) a charge reflecting the costs to support additional capital investments needed to improve reliability in areas of power distribution, transmission and generation infrastructure.

**VEA** – (Variable Energy Adjustment) a charge reflecting the costs of fuel, non-RPS power purchase agreements, non-RPS economy purchases, legacy ECAF under-collection, and base rate decoupling from energy efficiency impact.

**VRPSEA** – (Variable Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs of RPS market purchases and RPS costs above and beyond any Operations and Maintenance and debt service payments.

**POWER ACCESS CHARGE - (Residential)** a monthly tiered consumption-based fixed charge applied to R1A Residential customers to recover distribution and customer service related costs.



**Electric Charges**

**BILLING PERIOD** 4/8/26 - 6/6/26    **DAYS** 59    **ZONE** 1

**RATE SCHEDULE**
R-1 and R-1[i] Residential Electric - Rate A Standard Service

**NEXT SCHEDULED READ DATE**
8/5/26

**HIGHEST MONTHLY KWH**
2790.000000   Tier 3

**METER NUMBER**

**SA # :**

**USAGE HISTORY** *(Total kWh)*

|  | Prev Yr | Jun 26 |
|---|---|---|
| Total kWh used | 5,580 | 6,067 |
| Average daily kWh | 93 | 103 |
| Days in billing period | 60 | 59 |
| Your average daily cost of electricity | | |

| METER NUMBER | CURRENT READ | – | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
|  | 6067 |  | 0 |  | 6067 kWh |

| | | |
|---|---|---|
| Power Access Charge Tier 3 | | |
| Tier 1 Energy | 700 kWh x | /kWh |
| Tier 2 Energy | 1,400 kWh x | /kWh |
| Tier 3 Energy | 3,967 kWh x | /kWh |
| **Subtotal Energy Charges** | | |
| City of Los Angeles Utility Tax | x 10% | |
| State Energy Surcharge | 6,067 kWh x | /kWh |
| **Total Electric Charges** | **$** | |

**Your Electric Usage by Tier**

| Tier 1 $0.24361/kWh | Tier 2 $0.30221/kWh | Tier 3 $0.31105/kWh |
|---|---|---|
| First 700 kWh | Next 1,400 kWh | |

*Usage is billed at different rates, depending on how much you use. This graph shows how your energy usage relates to these tiers, and the rate you paid in each tier. For more, visit www.ladwp.com/res_electric*

**Green Power for a Green LA** *–LADWP's Green Power program replaces electricity from polluting power plants with energy generated from renewable resources. To learn more and sign up, visit www.ladwp.com/greenpower*

**LA DWP** Los Angeles Department of Water & Power

ladwp.com

**BILL DATE**
Jun 8, 2026

**ACCOUNT NUMBER**

**AUTO PAYMENT**
Jun 23, 2026

**AMOUNT DUE**

---

**LA DWP** Los Angeles Department of Water & Power

www.ladwp.com    1-800-342-5397

*Hours of operation - 7 am to 7 pm*

## DEFINITIONS

**HCF** – (Hundred Cubic Feet) the units in which water usage is measured. One HCF equals 748 gallons.

**Rate Schedule** – rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**Temp Zone (Residential)** – Three groupings of zip codes, based on generally common average temperatures (low, medium, or high), used as one of the factors that determine a customer's second and third tier rate allotment.

**Tier (Single-Dwelling Unit)** – One of four usage ranges used in a pricing method that provides an incentive to conserve water. The first usage range (Tier 1) includes any usage up to 8 HCF per month and is billed at the lowest rate. Tier 2 and Tier 3 usage range is calculated based on lot size, and temperature zone, and are billed at higher rates. Usage over the Tier 3 is billed at the highest (Tier 4) rate. Shortage year water rates no longer apply



**Water Charges**

| BILLING PERIOD | DAYS |
|---|---|
| 4/8/26 - 6/6/26 | 59 |

**RATE SCHEDULE**
Water Schedule A - Single-Dwelling Unit Residential

**NEXT SCHEDULED READ DATE**
8/5/26

| ALLOTMENT | | TEMP ZONE |
|---|---|---|
| Tier 1 | 16 HCF | MEDIUM |
| Tier 2 | 9.62712 HCF | |
| Tier 3 | 19.254236 HCF | |

**SA # :**

**USAGE HISTORY** *(Total HCF)*

Tier 1   Tier 2   Tier 3   Tier 4

| | Prev Yr | Jun 26 |
|---|---|---|
| Total HCF used | 47 | 40 |
| Average daily gallons | 586 | 507 |
| Days in billing period | 60 | 59 |
| Your average daily cost of water | | |
| Your average cost per gallon of water | | |

*1 Hundred Cubic Feet (HCF) = 748 Gallons*

| METER NUMBER | CURRENT READ | − | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
| | 1197 | | 1157 | | 40 HCF |

| | |
|---|---|
| Tier 1 Water | 16 HCF x $12.49563/HCF |
| Tier 2 Water | 9.62712 HCF x $14.6804/HCF |
| Tier 3 Water | 14.37288 HCF x $15.42628/HCF |
| **Subtotal Water Charges** | |

**Total Water Charges**   $

## Your Water Usage by Tier

| Tier 1 Allotment $12.49563/HCF | Tier 2 $14.6804/HCF | Tier 3 $15.42628/HCF | Tier 4 |
|---|---|---|---|
| First 16 HCF | Next 9.62 HCF | Next 19.26 HCF | More than 44.88 HCF |

*Usage is billed at different rates, depending on how much you use. The graph shows how your water usage relates to these tiers, and the rate you paid in each tier. For more, visit www.ladwp.com/res_water*

---

## For the Quarterly Notice of Change in LADWP Water Rates, go to
*www.ladwp.com/quarterlynotice*

PRINTED ON RECYCLED PAPER



| | | |
|---|---|---|
| **Los Angeles Department of Water & Power** | ladwp.com | |

| BILL DATE | AUTO PAYMENT |
|---|---|
| Jun 8, 2026 | Jun 23, 2026 |
| **ACCOUNT NUMBER** | **AMOUNT DUE** |

## Sewer Charges

SA # :

| BILLING PERIOD | DAYS | SEWER RATE SCHEDULE |
|---|---|---|
| 4/8/26 - 6/6/26 | 59 | Sewer Service Charge - Residential |

| | | |
|---|---|---|
| Sewer Service Charge* | 29.92008 HCF x ▮▮▮ /HCF | ▮▮▮ |

**Total Sewer Charges** $ ▮▮▮

*Your Sewer Service Charge (SSC) is based on your Winter Water Use (WWU), which is your average daily water use during the part of the winter when you are least likely to use water for irrigation, adjusted by a Dry Winter Compensation Factor (DWCF). To see how **YOUR SSC** was calculated, see "Bureau of Sanitation—Sewer Service Charge and Winter Water Use Calculation" on page 2.

**LASAN's Sewer Repair Financial Assistance Program (SRFAP) offers rebates to help offset sewer lateral repair costs. Eligible property owners may receive up to $300 for a CCTV sewer lateral inspection and up to $2,500 for sewer lateral repairs. For more details on the SRFAP, please refer to www.lacitysan.org/slrebates.**

**www.lacitysan.org    1-800-773-2489**
*Hours of operation - 24/7*

### DEFINITIONS

**Sewer Service Charge** - (SSC) a charge for use of the sewer system, to cover the costs of constructing and maintaining wastewater facilities such as sewers and sewage treatment plants, and for treating sewage.

**Solid Resources Fee (Trash Fee)** – a charge to cover the costs (including, but not limited to, staff, equipment, and facilities) of collections and/or availability of collections for the handling (including but not limited to, transfer, recycling or recovery) and disposal of trash and other solid wastes.

Standard Allotment of Containers:
60 gallons for refuse (Black)
90 gallons for organics (Green)
90 gallons for recyclables (Blue)
Effective January 1, 2026 Extra capacity is billed in increments of 60 gallons for refuse (Black) and manure (Brown) and is billed in increments of 90 gallons for organics (Green) and recyclables (Blue).



**Los Angeles Department of Water & Power**

ladwp.com

**BILL DATE** Jun 8, 2026

**ACCOUNT NUMBER** ▮▮▮▮▮

**AUTO PAYMENT** Jun 23, 2026

**AMOUNT DUE** ▮▮▮▮▮

## Solid Waste Charges

SA # : ▮▮▮▮▮

| BILLING PERIOD | DAYS | SOLID WASTE RATE SCHEDULE |
|---|---|---|
| 4/10/26 - 6/8/26 | 59 | Solid Resources Fee |

| | | |
|---|---|---|
| Solid Resources Fee (Trash Fee) Single-Family | 1 Unit(s) | ▮▮▮ |
| Extra Capacity Refuse | 1.00000 Unit(s) | ▮▮▮ |
| **Total Solid Waste Charges** | | **$ ▮▮▮** |

*The City of Los Angeles has implemented rate adjustments to the Extra Capacity Fee, effective January 1, 2026. Please scan the QR code to make changes to your extra capacity containers or visit lacitysan.org/srfrates2025 for more information.*





**Confused about recycling food waste?** *Professor Green* is here to help.



## Electric Definitions

**Minimum Charge** – an amount charged if your usage falls below a certain minimum level to cover costs for services provided such as meter reading, billing, postage, etc. when a service charge is not applicable.

**Rate Schedule** – rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**RPS** – Renewable Portfolio Standard program to increase the use of energy from photovoltaics, wind, biomass, and other renewable sources.

**Service Charge** – a charge for services provided such as meter reading, billing, postage, etc.

**Temperatures Zone** – Two groupings of zip codes, based on generally common average temperatures, used to determine a customer's electrical allotment for each pricing tier.

**Tier (Residential)** – one of three usage ranges, based on zone, with associated rates to provide an incentive to conserve electricity. The lowest rate for usage is in Tier 1.

**Time-of-Use** – Time-of-Use rates are based on the time of day that you use electricity. During the Base hours, when customer use is low, your price will be lower than the standard residential rate. Prices during Low Peak hours are slightly higher than standard rate. In High Peak hours, the cost to supply energy is the highest, and it will cost more than the standard rate. See your Usage History for days and times of day for High, Low and Base periods.

**POWER ACCESS CHARGE - (Residential)** a monthly tiered consumption-based fixed charge applied to R1A Residential customers to recover distribution and customer service related costs.

## To view the Connections newsletter, go to

*www.ladwp.com/connections*

PRINTED ON RECYCLED PAPER