UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JASON EMER MD NEW YORK CITY,
and DR. JASON EMER, MD,

        Plaintiffs,

    -against-

MASON KELLEY,

        Defendant.

-----------------------------------------------------------------X

Civil Action No.: 1:26-cv-05862 (JSR)

**DECLARATION OF MASON KELLEY IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND AND FOR ATTORNEYS' FEES**

I, MASON KELLEY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.    I am the defendant in the above-captioned action. I am over the age of 18 years, I am fully familiar with the facts set forth herein based upon my personal knowledge, and if called upon to testify as to the matters set forth herein could and would do so competently.

2.    I currently live, and at all relevant times did live, in Los Angeles, California.

3.    I was personally served with the subject Complaint at my home in Los Angeles, California.

4.    I have never been employed by "Jason Emer MD New York City" or by Dr. Jason Emer. During the relevant time period, I applied for a job and interviewed with, and was employed by, the California entity Jason J. Emer, MD, Professional Corporation. That application, interview, and employment all took place in California, with the sole exception of a single one-week trip to New York to see Dr. Emer's New York office. Attached hereto as **Exhibit 1** are true and correct copies of the offer letter and job description I received for that employment. Notably, in each document it provides that I am expected to follow "California law." My understanding is that my other employment documents (which have been requested

1

but not yet provided) further provide that my employment, which took place in California, was governed by California law.

5. Throughout my roughly 90-day employment, I only spoke with approximately ten (10) potential New York patients. Every other potential patient and patient I interacted with was located in California, or seeking to come to California for treatment. My supervisors directed my work from California. And my paychecks were paid in California, by "Jason J. Emer, MD, Professional Corporation," which is a California entity.

6. I have never solicited personal business in New York, nor have I ever engaged in any persistent conduct in New York. I live and carry out my daily life in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2026.

Mason Kelley

# EXHIBIT 1

# EMER MED

September 8, 2025

Mason Kelley
mason.toddkelley@gmail.com

Dear Mason,

Jason J. Emer, MD P.C. (the "Company") is pleased to offer you the position of **Head of Sales**. Your exceptional qualifications, experience, and passion for driving sales with people development make you an ideal candidate for our team.

This is a full-time exempt position, which carries considerable responsibility, and which is integral to the continued success of the Company. This position is located in our office located at 9201 Sunset Blvd. Suite 510, West Hollywood, CA 90069. Your anticipated first day of employment will be backdated to **September 2, 2025** when you assumed job responsibilities as Head of Sales and email announcement went out to staff team.

You recognize that the Company is a quickly growing and evolving organization, and as such the Company may periodically change your position, duties, schedule, compensation and benefits, and work location, as it deems appropriate in its sole discretion.

## Compensation

In this position, you will receive a base salary rate of **$200,000 per year** paid in accordance with the payroll practices of the company.

You are an exempt employee and will be paid bi-weekly, every other Friday of each calendar month. As an employee of the Company, you will be expected to follow all policies and procedures as outlined in our Employment Guidebook and as required by California law.

## Incentive Compensation

In addition to your base salary, you will be eligible for a monthly performance bonus calculated as follows through EOY Dec. 31, 2025 (updated incentive compensation structure for January to be reassessed and landed by December 2025):

9201 W. Sunset Blvd. Suite 510
West Hollywood, CA 90069

# EMER MED

- You will earn a **flat 1%** of the total team's collected sales revenue for any calendar month in which the sales team, under your leadership, **achieves or exceeds the Company's defined monthly sales goal.**

- For example, for the remainder of 2025, the sales goal is projected at $2.6 million per month. If the team achieves that goal in a given month, you will receive 1% of that amount ($26,000).

- **If the sales team does not reach the monthly goal, no bonus is earned for that month.**

- Sales goals may be adjusted by the Company based on business performance and revenue requirements.

This structure ensures that your compensation directly aligns with total team success, rewarding you for both developing your team and producing results yourself.

Bonus structure is uncapped and effective from day one.

**To clarify the bonus incentive compensation structure, the following policies will also apply:**
   ● **Deposits and Advance Payments:** Deposits or payments received in advance will not be included in bonus incentive compensation unless the service is both sold and performed within the same month. If payment is collected for a service that will be performed in a future month, the full amount of that service will be included in the bonus incentive compensation calculation for the month in which the service is actually performed.

- **Deduction of Independent Contractor Fees:** If an Independent Contractor is involved in providing the service, the cost of any fees paid to them will be deducted before calculating bonus incentive compensation. Independent Contractors are defined as any third party associated with the Practice as the medical provider, such as Surgeons or Massage Therapists who are not employed by the Company.

- **Adjustments for Refunds, Chargebacks, and Settlements:** If you have been paid bonus incentive compensation on a service and a refund, chargeback, or legal settlement related to that service is later issued, the total refunded amount will be deducted from your bonus incentive compensation for the month in which the refund, chargeback, or settlement is processed. This includes:



- ○ Refunds issued by the Company for any reason

- ○ Credit card chargebacks requiring reimbursement

- ○ Settlements from lawsuits related to a service

Bonus incentive compensation will continue to be paid in the month following the service delivery, once the books are closed and collections have been finalized.

**Bonus Incentive Compensation on Professional Services** will only be paid on the following services:

- **Surgical:** Physician procedure fees and aftercare services

- **Non-surgical:** Aesthetics, lasers, injectables, non-surgical IV sales, in-office procedures, and other non-surgical procedures

- **Wellness/Hormone** sales managed by EMER Medical

**Bonus Incentive Compensation will not be paid** on certain services, including but not limited to:

- Consult fees, fees for operating room (OR), anesthesia, garment sales, implants, or IC fees

- Wellness/Hormone sales managed by an outside provider

### Sales Department Leadership

As Head of Sales, you will have full leadership responsibility for the sales department. This includes direct oversight of:

- Treatment Coordinators (TCs)
- Apprentice Treatment Coordinators (ATCs)
- Providers
- Call Center/Inside Sales teams



You will be accountable for ensuring that all sales staff perform to expectation, adhere to company processes, and deliver results in line with business goals.

### Benefits

- Health Insurance: Of your choosing within the plans offered through Insperity. Eligibility starts on your first day of employment. New hire enrollment is open for the first 30 days from hire date. This includes full Medical, Dental & Vision.
- Holidays: The Company observes six (6) paid holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving, and Christmas Day
- 48 hours of paid sick days a year
- Vacation**:** You are eligible to accrue vacation time at a rate of 3.077 hours per pay period. This is equivalent to two (2) weeks on an annual basis. You begin accruing PTO on day 1 and are eligible to use vacation time after 90 days of employment.
- 401(k): Company offers 3% contribution of annual compensation upon reaching eligibility criterion.

### Work Schedule and Relocation Support

Your primary work location will be based out of Jason Emer MD offices located at 9201 W. Sunset Blvd, Suite 501, West Hollywood, CA 90069. Your regular schedule is Monday through Friday during standard operating hours, which are 8:30 AM to 6:00 PM PST. Please note that this schedule is subject to change based on onboarding and coverage needs, and weekends may be required. After-hours and weekend coverage may also be necessary for items requiring immediate attention.

One Saturday per month is required for clinic duty. Additional days or extended hours may be necessary based on business requirements, including fluctuations in practice activity or seasonal demands.

The Company and you have further agreed that if this offer is approved and accepted by you, you will notify your leasing representative to determine the cost of breaking your current lease in order to relocate to Los Angeles and transition to a five-day-per-week, in-person schedule to ensure you can make the move. If you pay the lease-break cost, the Company will pay or otherwise support your security deposit and first months rent for you to relocate to Los Angeles within 2 weeks of this approved and signed agreement. Once the lease-break process is confirmed, you agree to relocate and begin your five-day-per-week in-office in Los Angeles



schedule within 2 weeks of this agreed and signed agreement.

This structure ensures clarity: (i) the Company's support of relocation is contingent upon your acceptance of this offer, (ii) the lease-break cost will be determined and documented after you notify your leasing representative, and (iii) once finalized, the Company will provide financial support for your relocation, and you will commit to five days per week in Los Angeles

**"AT WILL" EMPLOYMENT**

Your employment with the Practice is always on an "at will" basis. This means that either you or the Practice can terminate the employment relationship at any time, with or without cause, and with or without notice. No one is authorized to change the "at will" nature of this employment relationship.

**OTHER TERMS OF EMPLOYMENT**

You agree not to engage in any other employment, consulting or other business activity directly related to the business in which the Practice is now involved or becomes involved during the term of your employment (whether full-time or part-time), nor will you engage in any other activities that conflict with your obligations to the Practice without the prior written permission of the Practice. You further agree that the terms of your employment will be governed by an at will employment agreement which will be provided to you for signature which will include the above terms and conditions as well as other employment provisions including a non-disclosure, non-compete, non-solicitation clause.

Jason J. Emer, MD P.C. extends this offer to you based upon your knowledge, background, experience, skills and abilities. You must not disclose or use confidential information or trade secrets of another employer while working for Jason J. Emer, MD P.C. Do not bring Jason J. Emer, MD P.C. any business records or materials from another employer. By signing this letter agreement, you represent to the Company that you have no contractual obligations with another employer, such as a non-compete or confidentiality agreement that would prohibit you from performing your duties for the Company.

This offer of employment is contingent on you: (1) successfully completing pre-employment screening (2) signing the Company's Confidentiality and Arbitration Agreement, and (3) providing proof of your eligibility to work in the United States. If you do not successfully complete Insperity pre-employment screening by the start date, this offer of employment will be revoked and, if you have already started to work, your employment will be terminated. This

9201 W. Sunset Blvd. Suite 510
West Hollywood, CA 90069



letter, together with your executed Confidentiality, Inventions Assignment, and Arbitration Agreement, will form the complete and exclusive statement of your employment agreement with Jason J. Emer, MD P.C. The employment terms in this letter supersede any other agreements or promises made to you by anyone, whether oral or written.

Please sign this letter, and return it to me by **Tuesday September 9, 2025,** if you wish to accept employment at Jason J. Emer, MD P.C. under the terms described above. We look forward to you joining the Jason J. Emer, MD P.C. team!

Sincerely,

*Lena LaBelle*

Lena LaBelle
Director of Human Resources
Jason Emer MD, PC


Date agreed to and accepted on: 09/09/2025 _____

Signature : _____
Mason kelley (Sep 9, 2025 14:56:40 PDT)

Print Name : Mason Kelley _____

9201 W. Sunset Blvd. Suite 510
West Hollywood, CA 90069

# Mason NEW Head of Sales Offer Exempt (4)

Final Audit Report                                                                 2025-09-09

| | |
|---|---|
| Created: | 2025-09-09 |
| By: | Lena LaBelle (lena@jasonemermd.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmahxdiyl9ni94v3wWhwJ0Uot4gcuHFgd |

## "Mason NEW Head of Sales Offer Exempt (4)" History

Document created by Lena LaBelle (lena@jasonemermd.com)
2025-09-09 - 9:23:03 PM GMT

Document emailed to Mason kelley (mason.toddkelley@gmail.com) for signature
2025-09-09 - 9:23:08 PM GMT

Email viewed by Mason kelley (mason.toddkelley@gmail.com)
2025-09-09 - 9:55:57 PM GMT

Document e-signed by Mason kelley (mason.toddkelley@gmail.com)
Signature Date: 2025-09-09 - 9:56:40 PM GMT - Time Source: server

Agreement completed.
2025-09-09 - 9:56:40 PM GMT

**Adobe Acrobat Sign**

# EMER MED

**POSITION TITLE:**          **Head of Sales**
**REPORTS TO:**              **CRO**
**DEPARTMENT:**              **Sales (TC, ATC, and Inside Sales Concierge)**
**EXEMPTION STATUS:**        **Full-time, Exempt**
**LOCATION:**                **Hybrid to start then FT in office 5 days/week + 1 Sat/month for Clinic in West Hollywood, CA**_(details to be outlined in offer letter on onboarding schedule vs ongoing schedule)_
**DATE:**                    **August 2025**
**BENEFITS:**                **Medical, Vision & Dental Insurance, Employee Discount, 401k Eligible Contributions, Paid Time Off, Company Holidays**

---

## POSITION SUMMARY

The Head of Sales is a high-impact executive role responsible for transforming the Sales Division of JEMD into a high-performance, revenue-generating machine. This position oversees the entire sales operation: Treatment Coordinators (TCs), Assistant Treatment Coordinators (ATCs), and the Inside Sales Concierge (CC) team creating a unified, precision-engineered team trained in The EMER Way.

**From day one, the Head of Sales will be the architect of a complete sales rebuild. They will:**

- Recruit, train, and develop elite closers who deliver a luxury patient experience at every touchpoint.
- Implement The EMER Academy, a 120-day prestige-level training program with strict performance benchmarks.
- Install a culture of accountability with clearly defined KPIs, real-time performance tracking, and coaching.
- Optimize all sales processes, lead-handling protocols, and follow-up cadences to maximize conversions and retention.
- Integrate platforms (CRM, EMR, QuickBooks) to track every lead, quote, and sale from first contact to post-treatment follow-up.
- Personally lead team meetings, live role-plays, and daily closeouts to refine scripts, objection handling, and presentation skills.
- Ensure the CC team consistently hits consult booking, conversion, responsiveness, and outreach targets.

**The goal:** raise surgical conversion from 19–25% to a consistent 70%+, unlocking potential in annual revenue and establishing a durable, scalable sales engine.

**Special First 30 Days Requirement:** In-office Mon/Tue/Wed each week; company-paid hotel accommodations and dog kennel support provided. Thursday and Friday approved as remote.

1



**<u>SCOPE OF POSITION</u>**
Primary responsibilities include sales process optimization, technology integration, team leadership, training & performance management, KPI accountability, and (effective month five) treatment coordination.

### Sales Process Improvement & Technology Integration

- Evaluate and redesign end-to-end sales workflows to drive speed, accountability, and conversion.

- Own CRM governance: accurate lead capture, tasking, notes, and lifecycle tracking.

- Implement unified reporting that integrates CRM, EMR, and QuickBooks for transparent pipeline-to-collections visibility.

- Automate follow-ups and eliminate manual redundancies; standardize scripts, cadences, and closeout rules.

- Build exec dashboards for real-time metrics: consults, conversion, time-to-first-contact, revenue, and forecast.

### Sales Team Leadership & Performance Management

- Directly manage **eight** team members (TCs/ATCs) and the **CC team to** ensure cross-team alignment.

- Launch and enforce **The EMER Academy** (30/60/90/120 milestones, quizzes, simulations, live boards). 📄 Training & Onboarding – The EMER Academy

- Lead weekly pipeline reviews, scorecard read-outs, and 1:1 coaching; daily huddles as needed.

- Recruit/hire top-tier TCs and ATCs; set role-specific ramp KPIs from day one.

- Run daily closeouts: review quotes, outcomes, follow-ups; refine scripts and objections in real time.

### Head of Sales' 30-60-90 Execution (within the 120-day build)

### Days 1–30: Foundation & Clarity

- Re/onboard all reps on call handling, tone, SLA response times.

2

# EMER MED

- Tool training: CRM + phone/text/email workflows; baseline KPIs introduced.

- Publish lead-handling sequence (e.g., **7 touches in 10–14 days** mixing calls/texts/emails).

- Provide first-contact + follow-up scripts; preview comp categories (bonuses start post-ramp).

**Days 31–60: Skill Building & KPI Accountability**

- Weekly **scorecards** (rep + team KPIs); light incentives and recognition.

- Role-play objection handling; test cadences to find conversion "sweet spot."

- Activate tiered KPI bonuses tied to booking rate, activity, and completion.

**Days 61–90: Optimization & Scaling**

- Finalize follow-up sequence and scripts based on data.

- Expand KPIs: time-to-first-contact, % leads contacted within SLA.

- Roll out full base + bonus model; lock cultural rhythms (contests, recognition, growth paths).

**Days 91–120: Lock & Load**

- Stabilize staffing, certify all roles, and cement 70%+ target behaviors.

- Confirm dashboard fidelity, handoff quality, and comp mechanics.

- Prepare transition plan for Head of Sales to take a measured Flex TC load in month five.

**KPI Accountability – Inside Sales Concierge (CC)**

**<u>Head of Sales is accountable for ensuring CC meets/exceeds:</u>**

- **Consult Bookings:** Minimum monthly paid consult bookings (surgical + non-surgical).

# EMER MED

- **Lead→Paid Conversion Rate:** Meets defined monthly minimum.

- **Contact-Made % per Lead Cycle:** Achieves target contact rate.

- **Daily Outbound Activity:** Calls, texts, emails hit daily targets.

- **Follow-Up Compliance:** All Salesforce tasks set immediately after outreach; **dashboard to zero** by COB.

- **Message Responsiveness:** No unanswered **DMs** or **AnswerConnect** messages by shift end.

- **Decline Reasoning:** Detailed notes in Salesforce for all consult declines.

- **Self-Education:** Six Dr. Emer videos/week with learnings reported in weekly check-ins.

- Weekly and monthly KPI reviews; PIPs initiated where expectations are not met.

## Sales & Patient Conversion

- Assume **Flex TC** responsibilities while continuing divisional leadership.

- Prepare and present treatment plans and quotes; drive **70%+** consult conversion.

- Manage **surgical running patient lists.**

- Execute re-engagement strategies to sustain **80%+** retention.

- Identify cross-sell opportunities across services and skincare.

## Patient Experience & Coordination

- Enforce luxury-standard communication across phone, email, SMS, social, and in-person.

- Ensure accurate scheduling for consults/treatments, including prep, photos, and recovery buffers.

- Standardize post-treatment follow-ups and satisfaction checks; harvest testimonials/feedback.

## Collaboration & Communication

4

# EMER MED

- Align with CRO, Founder, and Marketing on demand gen → sales conversion.

- Coordinate with Clinical/Operations for flawless handoffs and service recovery.

- Deliver weekly/monthly performance reports, insights, and recommendations to leadership.

**Additional Requirements**

**Knowledge, Skills & Abilities**

- Proven builder of KPI-driven, high-ticket sales teams; elite coaching and accountability.

- Advanced CRM/reporting capability; data-driven problem solving.

- Exceptional communication, organization, and objection-handling design.

- Thrives in fast-paced, high-standards environments; luxury patient experience mindset.

**Experience, Certifications, Education**

- 5+ years in sales leadership (medical aesthetics/luxury services preferred).

- Documented success sustaining high conversion rates.

- Yellow Telescope or comparable high-ticket training preferred.

- College degree preferred.

**Work Hours & Onsite Expectations**

- **First 30 Days:** In-office **Monday, Tuesday, Wednesday**; company-paid hotel + dog kennel support.

- **By September 1st, 2025 Onward:** Transition to **five days/week in-office**, plus **one Saturday clinic/month** as scheduled.

5



- **First 120 Days:** Leadership/process immersion; no personal patient list but expected to manage entire sales/CC team's list to achieve KPI's.

- **Month Five+:** In-office per above schedule; assumes Flex TC patient load primarily to close the gap the team hasn't achieved.

- Monitor/respond to urgent items within 24 hours; after-hours availability for leadership as needed.

## Compensation

In this position, you will receive a base salary rate of **$200,000 per year** paid in accordance with the payroll practices of the company.

You are an exempt employee and will be paid bi-weekly, every other Friday of each calendar month. As an employee of the Company, you will be expected to follow all policies and procedures as outlined in our Employment Guidebook and as required by California law.

### Incentive Compensation

In addition to your base salary, you will be eligible for a monthly performance bonus calculated as follows through EOY Dec. 31, 2025 (updated incentive compensation structure for January to be reassessed and landed by December 2025):

- You will earn a **flat 1%** of the total team's collected sales revenue for any calendar month in which the sales team, under your leadership, **achieves or exceeds the Company's defined monthly sales goal.**

- For example, for the remainder of 2025, the sales goal is projected at $2.6 million per month. If the team achieves that goal in a given month, you will receive 1% of that amount ($26,000).

- **If the sales team does not reach the monthly goal, no bonus is earned for that month.**

# EMER MED

- Sales goals may be adjusted by the Company based on business performance and revenue requirements.

This structure ensures that your compensation directly aligns with total team success, rewarding you for both developing your team and producing results yourself.

Bonus structure is uncapped and effective from day one.


Head of Sales Name Printed: _____

Head of Sales Signature: _____

Date: _____


Manager of Head of Sales Name Printed: _____

Manager of Head of Sales Signature: _____

Date: _____

7