Exhibit B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | *FOR COURT USE ONLY* |
|---|---|
| T. A. Blackburn Law, PLLC<br>Tyrone A. Blackburn, Esq. SBN 5619416<br>1242 E. 80th Street, 3rd Floor<br>Brooklyn, NY 11236<br>TELEPHONE NO: 347-342-7432 FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: Tblackburn@tablackburnlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** New York<br>STREET ADDRESS: 60 Centre Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: New York, 10007<br>BRANCH NAME: Supreme Court of the State of New York County of New York | |
| PLAINTIFF / PETITIONER: Jason Emer MD, et al.<br>DEFENDANT / RESPONDENT: Mason Kelley | CASE NUMBER:<br>155651/2026 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>16080317 (28425916) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [ ] Alternative Dispute Resolution (ADR) Package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] Cross-Complaint
   f. [ ] Other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   Mason Kelley
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served:
   115 Sunridge St, Los Angeles, CA 90293
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Fri, Jun 12 2026 (2) at *(time)*: 07:16 PM
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF / PETITIONER: Jason Emer MD, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Mason Kelley | 155651/2026 |

5. c. ☐ **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*: (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation) ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity) ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name: Smail Bekkair
   b. Address: 5341 Old Redwood Highway, Suite 310, Petaluma, CA 94954
   c. Telephone number: 800-938-8815
   d. **The fee** for service was: $100.00
   e. I am:
   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☒ a registered California process server:
   (i) ☐ owner ☐ employee ☒ independent contractor
   (ii) Registration No: 2023262381
   (iii) County: Los Angeles

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: June 18, 2026

Smail Bekkair

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

InfoTrack US, Inc. - P000634
5341 Old Redwood Highway, Suite 310
Petaluma, CA 94954
800-938-8815

(SIGNATURE)

MC-031

| | | |
|---|---|---|
| PLAINTIFF / PETITIONER: | Jason Emer MD, et al. | CASE NUMBER: 155651/2026 |
| DEFENDANT / RESPONDENT: | Mason Kelley | |

## DECLARATION OF DILIGENCE

(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: Mason Kelley

**1)** Successful Attempt: Jun 12, 2026, 7:16 pm PDT at Home: 115 Sunridge St, Los Angeles, CA 90293 received by Mason Kelley. Age: 46–55; Ethnicity: Caucasian; Gender: Male; Weight: 175–199 lbs; Height: 5'4"–5'7"; Hair: Gray; Eyes: Black;

*He identified himself, then refused to answer if he is from the military or not saying leave my property and leave the document by the door.*

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: June 18, 2026

Smail Bekkair

(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other *(Specify):* Process Server